Mario Rodriguez [Bar No. 95972]
LAW OFFICE OF MARIO RODRIGUEZ
45-841 Oasis Street, Suite 5
Indio, CA 92201
mrzh11@gmail.com
Telephone (760) 347-7771
Facsimile (760)775-3380
Attorney for Defendant,
GREGORIO NUNEZ,

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GREGORIO NUNEZ,<br><br>Defendant. | **Case No. 2:17-CR-00155**<br><br>**WAIVER OF DEFENDANT'S PRESENCE** |

Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, the defendant, Gregorio Nunez, hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including, but not limited to, when the case is set for trial, when a continuance is ordered, and when any other action is taken by the court before or after trial, except upon arraignment, plea, empanelment of jury and imposition of sentence. Defendant hereby requests the Court to proceed during every absence of his which the Court may permit pursuant to this waiver; agrees that his interests will be deemed represented at all times by the presence of his attorney, the same as if defendant were personally present; and further agrees to be present in court ready for trial any day and hour the Court may fix in her absence. Defendant further acknowledges

that he has been informed of his rights under Title 18 U.S.C. §§3161-3174 (Speedy Trial Act), and authorizes his attorney to set times and delays under that Act without defendant being present.

Dated: October 18, 2017 /s/
GREGORIO NUNEZ, Defendant
(Original Retained by Attorney)

I agree with and consent to my client's waiver of appearance.

Dated: October 18, 2017 /s/
MARIO RODRIGUEZ
Attorney for Defendant

IT IS SO ORDERED.

Dated: October 26, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2