PHILLIP A. TALBERT
United States Attorney
JAMES R. CONOLLY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  v.<br><br>LUIS NUNEZ;<br>PABLO VARGAS;<br>GREGORIO NUNEZ,<br><br>       Defendants. | CASE NO.  2:17-CR-00155-MCE<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: November 2, 2017<br>TIME: 10:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |

**STIPULATION**

1. By previous orders, this matter was set for status on November 2, 2017, for defendants Pablo VARGAS and Gregorio NUNEZ, and set for status on November 9, 2017, for defendant Luis NUNEZ.

2. By this stipulation, all three defendants, Luis NUNEZ, Pablo VARGAS, and Gregorio NUNEZ, and the United States, move to continue the respective status conferences until December 14, 2017.  Defendants Pablo VARGAS and Gregorio NUEZ, and the United States, agree to exclude time between November 2, 2017, and December 14, 2017, under Local Code T4.  Defendant Luis NUNEZ and the United States agree to exclude time between November 9, 2017, and December 14, 2017, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

  a) The government has represented that it has produced discovery in the form of

investigative reports, photographs, and audio files, which the defendants need time to review, discuss with their counsel, and pursue investigation.  The government has also represented that it is working diligently to produce additional electronic surveillance discovery, which the defendants will also need time to review.

b) Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

c) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

d) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, for defendants Pablo VARGAS and Gregorio NUNEZ, the time period of November 2, 2017 to December 14, 2017, inclusive, is deemed excludable, and for defendant Luis NUNEZ, the time period of November 9, 2017 to December 14, 2017, inclusive, is also deemed excludable, pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  October 31, 2017

PHILLIP A. TALBERT
United States Attorney

/s/ JAMES R. CONOLLY
JAMES R. CONOLLY
Assistant United States Attorney

Dated:  October 31, 2017

/s/ Armando Villapudua

**[Signatures continue on following page.]**

ARMANDO VILLAPUDUA
Counsel for Defendant
Luis Nunez

Dated: October 31, 2017            /s/ *T. Lance Archer*
                                   T. LANCE ARCHER
                                   Counsel for Defendant
                                   Pablo Vargas

Dated: October 31, 2017            /s/ *Mario Rodriguez*
                                   MARIO RODRIGUEZ
                                   Counsel for Defendant
                                   Gregorio Nunez

## ORDER

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order.  It specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court further finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

Time from the date the parties stipulated, up to and including December 14, 2017, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4).  It is further ordered that the November 2, 2017 status conference, and the November 9, 2017 status conference, shall both be continued until December 14, 2017, at 10:00 a.m.

IT IS SO ORDERED.

Dated:  November 2, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE