PHILLIP A. TALBERT
United States Attorney
JAMES R. CONOLLY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LUIS NUNEZ;<br>PABLO VARGAS; AND<br>GREGORIO NUNEZ,<br><br>Defendants. | CASE NO. 2:17-CR-00155-MCE<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: December 14, 2017<br>TIME: 10:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |

**STIPULATION**

1. By previous order, this matter was set for status on December 14, 2017.

2. By this stipulation, the parties move to continue the status conference until February 8, 2018, and to exclude time between December 14, 2017 and February 8, 2018, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that it has produced discovery in the form of investigative reports, photographs, and audio files, which the defendants need time to review, discuss with their counsel, and pursue investigation. The government has also represented that it is working diligently to produce additional electronic surveillance discovery, which the defendants will also need time to review.

    b) Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking

into account the exercise of due diligence.

        c)       Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

        d)       For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 14, 2017 to February 8, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: December 11, 2017 | PHILLIP A. TALBERT<br>United States Attorney<br><br>/s/ JAMES R. CONOLLY<br>JAMES R. CONOLLY<br>Assistant United States Attorney |
| Dated: December 11, 2017 | /s/ *Armando Villapudua*<br>ARMANDO VILLAPUDUA<br>Counsel for Defendant<br>Luis Nunez |
| Dated: December 11, 2017 | /s/ *T. Lance Archer*<br>T. LANCE ARCHER<br>Counsel for Defendant<br>Pablo Vargas |
| Dated: December 11, 2017 | /s/ *Mario Rodriguez*<br>MARIO RODRIGUEZ<br>Counsel for Defendant<br>Gregorio Nunez |

**ORDER**

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order.  It specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court further finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

Time from the date the parties stipulated, up to and including February 8, 2018, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4).  It is further ordered that the December 14, 2017 status conference shall be continued until February 8, 2018, at 10:00 a.m.

IT IS SO ORDERED.

Dated:  January 3, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE