McGREGOR W. SCOTT
United States Attorney
JAMES R. CONOLLY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>       v.<br><br>LUIS NUNEZ;<br>PABLO VARGAS; AND<br>GREGORIO NUNEZ,<br><br>             Defendants. | CASE NO.  2:17-CR-00155-MCE<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: April 19, 2018<br>TIME: 10:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |

## STIPULATION

1.      By previous order, this matter was set for status on April 19, 2018.

2.      By this stipulation, the parties move to continue the status conference until June 7, 2018, and to exclude time between April 19, 2018 and June 7, 2018, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      The government has represented that it has produced discovery in the form of investigative reports, photographs, and audio files, which the defendants need time to review, discuss with their counsel, and pursue investigation.  The government has also represented that it has made available to defense counsel additional electronic surveillance discovery, which the defendants will also need time to review.

b)      Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking

1  into account the exercise of due diligence.

2         c)      Based on the above-stated findings, the ends of justice served by continuing the

3  case as requested outweigh the interest of the public and the defendants in a trial within the

4  original date prescribed by the Speedy Trial Act.

5         d)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

6  et seq., within which trial must commence, the time period of April 19, 2018 to June 7, 2018,

7  inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4]

8  because it results from a continuance granted by the Court at defendants' request on the basis of

9  the Court's finding that the ends of justice served by taking such action outweigh the best interest

10  of the public and the defendant in a speedy trial.

11        4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the

12  Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

13  must commence.

14        IT IS SO STIPULATED.

15  Dated:  April 17, 2018                  McGREGOR W. SCOTT
                                          United States Attorney

16
17                                           /s/ JAMES R. CONOLLY
                                       JAMES R. CONOLLY

18                                         Assistant United States Attorney

19  Dated:  April 17, 2018                  /s/ *Armando Villapudua*
                                        ARMANDO VILLAPUDUA

20                                         Counsel for Defendant

21                                         Luis Nunez

22  Dated:  April 17, 2018                  /s/ *T. Lance Archer*
                                        T. LANCE ARCHER

23                                         Counsel for Defendant

24                                         Pablo Vargas

25  Dated:  April 17, 2018                  /s/ *Mario Rodriguez*
                                        MARIO RODRIGUEZ

26                                         Counsel for Defendant

27                                          Gregorio Nunez

28

**ORDER**

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, hereby adopts the parties' stipulation in its entirety as its order.  It specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court further finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

Time from the date the parties stipulated, up to and including June 7, 2018, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4). It is further ordered that the April 19, 2018 status conference shall be continued until June 7, 2018, at 10:00 a.m.

IT IS SO ORDERED.

Dated:  April 19, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE