McGREGOR W. SCOTT
United States Attorney
JAMES R. CONOLLY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-00155-MCE |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| LUIS NUNEZ; PABLO VARGAS; AND GREGORIO NUNEZ, | DATE: February 21, 2019 TIME: 10:00 a.m. COURT: Hon. Morrison C. England, Jr. |
| Defendants. | |

**STIPULATION**

1. By previous order, this matter was set for status on February 21, 2019.

2. By this stipulation, the parties move to continue the status conference until April 18, 2019, and to exclude time between February 21, 2019 and April 18, 2019, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

a) The government has represented that it has produced discovery in the form of investigative reports, photographs, and audio files, which the defendants need time to review, discuss with their counsel, and pursue investigation. The government has also represented that it has made available to defense counsel additional electronic surveillance discovery, which the defendants will also need time to review.

b) Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking

into account the exercise of due diligence.

   c) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

   d) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 21, 2019 to April 18, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: February 19, 2019

McGREGOR W. SCOTT
United States Attorney

/s/ JAMES R. CONOLLY
JAMES R. CONOLLY
Assistant United States Attorney

Dated: February 19, 2019

/s/ *Armando Villapudua*
ARMANDO VILLAPUDUA
Counsel for Defendant
Luis Nunez

Dated: February 19, 2019

/s/ *T. Lance Archer*
T. LANCE ARCHER
Counsel for Defendant
Pablo Vargas

Dated: February 19, 2019

/s/ *Mario Rodriguez*
MARIO RODRIGUEZ
Counsel for Defendant
Gregorio Nunez

STIPULATION TO CONTINUE STATUS AND EXCLUDE TIME; ORDER

2

**ORDER**

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. It specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court further finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

Time from the date the parties stipulated, up to and including April 18, 2019, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4). It is further ordered that the February 21, 2019 status conference shall be continued until April 18, 2019, at 10:00 a.m.

IT IS SO ORDERED.

Dated: February 20, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE