THOMAS A. JOHNSON, SBN 119203
Kristy M. Horton, SBN 271250
Law Office of Thomas A. Johnson
400 Capital Mall, Suite 2560
Sacramento, CA 95814
Telephone: (916) 442-4022

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>　　vs.<br><br>LUIS NUNEZ,<br>PABLO VARGAS, and<br>GREGORIO NUNEZ,<br><br>　　　　Defendants. | Case No. 2:17-cr-00155-MCE<br><br>STIPULATION AND ORDER FOR CONTINUANCE OF STATUS CONFERENCE<br><br>Date: 9/19/19<br>Time: 9:00 a.m.<br>Judge: Morrison C. England, Jr. |

## **STIPULATION**

The United States of America through its undersigned counsel, James Conolly, Assistant United States Attorney, together with Thomas A. Johnson, counsel for Gregorio Nunez, Armando Villapudua, counsel for Luis Nunez, and T. Lance Archer, counsel for Pablo Vargas, hereby stipulate the following:

1. By previous order, this matter was set for Status Conference on September 19, 2019.
2. By this stipulation, Defendant now moves to continue the Status Conference to October 17, 2019, at 10:00 a.m. and to exclude time between September 19, 2019,

and October 17, 2019, under the Local Code T-4 (to allow defense counsel time to prepare).

3. The parties agree and stipulate, and request the Court find the following:

   a. A continuance is requested because attorney for the defendant, Gregorio Nunez, was recently substituted into this case and needs additional time to review the discovery, conduct investigation, and discuss a potential resolution. Attorney for defendant believes the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. An extension is necessary for the continuity of defense counsel as well.

   b. The Government does not object to the continuance.

   c. Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial within the original date prescribed by the Speedy Trial Act.

   d. For the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A) within which trial must commence, the time period of September 19, 2019 to October 17, 2019, inclusive, is deemed excludable pursuant to 18 United States Code Section 3161(h)(7)(A) and (B)(iv), corresponding to Local Code T-4 because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

**IT IS SO STIPULATED.**

DATED:  September 16, 2019		By:	/s/ Thomas A. Johnson
						THOMAS A. JOHNSON
						Attorney for Gregorio Nunez


DATED:  September 16, 2019			McGREGOR W. SCOTT
						United States Attorney

					By:	/s/ James Conolly
						JAMES CONOLLY
						Assistant U.S. Attorney


DATED:  September 16, 2019		By:	/s/ Armando Villapudua
						ARMANDO VILLAPUDUA
						Attorney for Luis Nunez

DATED:  September 16, 2019		By:	/s/ T. Lance Archer
						T. LANCE ARCHER
						Attorney for Pablo Vargas

## ORDER

    IT IS SO ORDERED.

Dated:  September 19, 2019

						MORRISON C. ENGLAND, JR
						UNITED STATES DISTRICT JUDGE