MCGREGOR W. SCOTT
United States Attorney
JAMES R. CONOLLY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-155-MCE |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| LUIS NUNEZ, PABLO VARGAS, GREGORIO NUNEZ, | DATE: February 20, 2020 TIME: 10:00 a.m. COURT: Hon. Morrison C. England, Jr. |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants Pablo Vargas and Gregorio Nunez, by and through their respective counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on February 20, 2020, and then continued to June 25, 2020, at 10:00 a.m., on the Court's own motion.

2. By this stipulation, defendants Pablo Vargas and Gregorio Nunez now move to exclude time between the date of this stipulation and order, and June 25, 2020, under Local Code T4. Defendant Luis Nunez entered a guilty plea in this matter on February 18, 2020, and does not join in this stipulation.

3. The parties to this stipulation agree and stipulate, and request that the Court find the

following:

    a) The government has represented that the discovery associated with this case includes several reports, which the government has produced, as well as video and audio surveillance, which the government is in the process of producing. In addition, there is physical evidence involved in this case, including firearms. All of this discovery has been either produced directly to counsel, is in the process of being produced, or made available for inspection and copying.

    b) Counsel for defendant desires additional time to review the discovery, and will need additional time as more discovery become available. Defense counsel will also need time to review the current charges, to investigate and conduct research related to the current charges, and to discuss potential resolutions with her client, to prepare pretrial motions, and to otherwise prepare for trial.

    c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d) The government does not object to the continuance.

    e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of the date of this stipulation and order, to June 25, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  March 13, 2020

McGREGOR W. SCOTT
United States Attorney

/s/ JAMES R. CONOLLY
JAMES R. CONOLLY
Assistant United States Attorney

Dated:  March 13, 2020

/s/ T. LANCE ARCHER
T. LANCE ARCHER
Counsel for Defendant
PABLO VARGAS

Dated:  March 13, 2020

/s/ THOMAS A. JOHNSON
THOMAS A. JOHNSON
Counsel for Defendant
GREGORIO NUNEZ

**ORDER**

IT IS SO ORDERED.

Dated:  March 19, 2020

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

Stipulation Regarding Excludable Time Periods Under Speedy Trial Act

3