THOMAS A. JOHNSON, #119203
400 Capital Mall, Suite 2560
Sacramento, California 95814
Telephone: (916) 422-4022

Attorney for Defendant,
GREGORY NUNEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:17-cr-00155-MCE |
| Plaintiff, | STIPULATION AND ORDER FOR CONTINUANCE OF JUDGMENT AND SENTENCING AND MODIFICATION OF SCHEDULE FOR PSR |
| vs. | |
| GREGORY NUNEZ, | Date: 9/17/20 |
| Defendant. | Time: 9:00 a.m. |
| | Judge: Hon. Morrison C. England, Jr. |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for September 17, 2020, at 9:00 a.m. is continued to November 12, 2020, at 9:00 a.m. in the same courtroom. The continuance is requested because defense counsel received the draft Pre-Sentence Report (PSR) and needs additional time to prepare. In addition, the client is in custody and it is difficult to visit and prepare accordingly for sentencing. James Conolly, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, agree to this continuance.

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court:

Date of Referral to Probation Officer:                    June 25, 2020
                                                          (Date of Plea or Verdict)

Judgment and Sentencing:                                  November 12, 2020

1

| | | |
|---|---|---|
| Reply or Statement of Non-Opposition: | | November 5, 2020 |
| Formal Objections Shall Be Filed with the court and Served on Probation and Opposing Counsel, no later than: | | October 29, 2020 |
| The Pre-Sentence Report shall be filed with the court and disclosed to counsel, no later than: | | October 22, 2020 |
| Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel, no later than: | | October 15, 2020 |
| The Proposed Presentence Report Shall Be Disclosed no later than: | | October 1, 2020 |

**IT IS SO STIPULATED.**

DATED:  August 24, 2020        By:    */s/ Thomas A. Johnson*
                                      THOMAS A. JOHNSON
                                      Attorney for Defendant
                                      GREGORY NUNEZ

DATED:  August 24, 2020               MCGREGOR SCOTT
                                      United States Attorney

                               By:    */s/ Thomas A. Johnson for*
                                      JAMES CONOLLY
                                      Assistant United States Attorney

**IT IS SO ORDERED.**

Dated:  September 2, 2020

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

2