THOMAS A. JOHNSON, #119203
400 Capital Mall, Suite 2560
Sacramento, California 95814
Telephone: (916) 422-4022

Attorney for Defendant,
GREGORIO NUNEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>GREGORIO NUNEZ,<br>    Defendant. | Case No.: 2:17-cr-00155-MCE<br><br>STIPULATION AND ORDER FOR CONTINUANCE OF JUDGMENT AND SENTENCING AND MODIFICATION OF SCHEDULE FOR PSR AND FOR FILING OF OBJECTIONS TO PSR<br><br>Date:    11/12/20<br>Time:   10:00 a.m.<br>Judge:  Hon. Morrison C. England, Jr. |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for November 12, 2020, at 9:00 a.m. is continued to January 7, 2021, at 10:00 a.m. in the same courtroom. The continuance is requested because defense counsel is seeking additional time to prepare for sentencing. In addition, the client is in custody and it is difficult to visit and prepare accordingly for sentencing. James Conolly, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, agree to this continuance.

      The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court.

1

| | |
|---|---|
| Date of Referral to Probation Officer: | June 25, 2020 (Date of Plea or Verdict) |
| Judgment and Sentencing: | January 7, 2021 |
| Reply or Statement of Non-Opposition: | December 31, 2020 |
| Formal Objections Shall Be Filed with the court and Served on Probation and Opposing Counsel, no later than: | December 24, 2020 |
| The Pre-Sentence Report shall be filed with the court and disclosed to counsel, no later than: | December 17, 2020 |
| Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel, no later than: | December 9, 2020 |
| The Proposed Presentence Report Shall Be Disclosed no later than: | November 25, 2020 |

**IT IS SO STIPULATED.**

DATED: September 18, 2020     By:  */s/ Thomas A. Johnson*
THOMAS A. JOHNSON
Attorney for Defendant
GREGORIO NUNEZ

DATED: September 18, 2020     MCGREGOR SCOTT
United States Attorney

By:  */s/ Thomas A. Johnson for*
JAMES CONOLLY
Assistant United States Attorney

**IT IS SO ORDERED.**

**Dated:  September 22, 2020**

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

2