Thomas A. Johnson, #119203
Kristy M. Horton, #271250
400 Capital Mall, Suite 2560
Sacramento, California 95814
Telephone: (916) 422-4022

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>GREGORY NUNEZ,<br>   Defendant. | Case No.: 2:17-cr-00155-MCE<br><br>STIPULATION AND ORDER FOR CONTINUANCE OF JUDGMENT AND SENTENCING AND MODIFICATION OF SCHEDULE FOR PSR<br><br>Date: 1/7/21<br>Time: 10:00 a.m.<br>Judge: Hon. Morrison C. England, Jr. |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for January 7, 2021, at 10:00 a.m. is continued to February 18, 2021, in the same courtroom. The continuance is requested because defense counsel received the draft Pre-Sentence Report (PSR) and needs additional time to prepare. In addition, the client is in custody and it is difficult to visit and prepare accordingly for sentencing during the COVID-19 pandemic. James Conolly, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, agree to this continuance. The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court.

Judgment and Sentencing:          February 18, 2021

Reply or Statement of Non-Opposition:    February 11, 2021

1

| | | |
|---|---|---|
| Formal Objections Shall Be Filed with the court and Served on Probation and Opposing Counsel, no later than: | | February 4, 2021 |
| The Pre-Sentence Report shall be filed with the court and disclosed to counsel, no later than: | | January 21, 2021 |
| Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel, no later than: | | January 7, 2021 |

**IT IS SO STIPULATED.**

DATED:  November 23, 2020        By:    */s/ Thomas A. Johnson*
                                        THOMAS A. JOHNSON
                                        Attorney for Defendant
                                        GREGORY NUNEZ

DATED:  November 23, 2020               MCGREGOR SCOTT
                                        United States Attorney

                                 By:    */s/ James Conolly*
                                        JAMES CONOLLY
                                        Assistant United States Attorney

**IT IS SO ORDERED.**

**Dated:  November 26, 2020**

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

2