THOMAS A. JOHNSON, #119203
KRISTY M. HORTON, #271250
Law Office of Thomas A. Johnson
400 Capital Mall, Suite 2560
Sacramento, California 95814
Telephone: (916) 422-4022
Attorneys for GREGORIO NUNEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:17-cr-00155-MCE |
|---|---|
| Plaintiff, | **REQUEST FOR WAIVER OF IN-PERSON APPEARANCE AND ORDER** |
| vs. | |
| GREGORIO NUNEZ, | Date:  3/18/21 |
| Defendant. | Time:  10:00 a.m. |
| | Judge:  Hon. Morrison C. England, Jr. |

**IT IS HEREBY REQUESTED** that the Court grant the request to waive the personal appearance of Defendant, GREGORIO NUNEZ, for the Judgment and Sentencing.  Pursuant to General Order 624, Defendant requests a waiver of personal appearance and allow him to appear via videoconference.

DATED:  March 15, 2021   By:   */s/ Gregorio Nunez*
                                GREGORIO NUNEZ

**IT IS SO ORDERED**.

Dated:  March 17, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

1